**UNITED STATES DISTRICT COURT**
**THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**STEPHEN KNUTH,**

    **Plaintiff,**                                 CASE NO.: 3:18-CV-165-MMH-MCR

v.

**GRUBHUB, INC.,**

    **Defendant.**
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, STEPHEN KNUTH and Defendant, GRUBHUB, INC., by and through their undersigned counsel, would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorney's fees.

Respectfully submitted this 17th day of September, 2018.

| /s/ Max Story | /s/ Brandon T. White |
|---|---|
| Max Story, Esquire | Brandon T. White, Esquire |
| Florida Bar No.: 527238 | Florida Bar No. 106792 |
| Max Story, P.A. | REED SMITH LLP |
| 328 2nd Avenue North, Suite 100 | 1001 Brickell Bay Drive, Suite 900 |
| Jacksonville Beach, Florida  32250 | Miami, FL  33131 |
| Telephone:  904-372-4109 | Telephone: (786) 747-0222 |
| Facsimile:  904-758-5333 | Facsimile: (786) 747-0299 |
| max@StoryLawGroup.com | bwhite@reedsmith.com |
| Attorney for Plaintiff | Counsel for Defendant |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 17th day of September, 2018.

                                                       /s/ Max Story
                                                       Florida Bar No.: 527238